## ALLENDALE CONGREGATION OF JEHOVAH'S WITNESSES *v.* GROSMAN ET AL.

No. 579.   Decided February 23, 1960.

*Hayden C. Covington* for appellant.

*Gerald E. Monoghan* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## DUNITZ ET AL. *v.* CITY OF LOS ANGELES ET AL.

No. 581.   Decided February 23, 1960.

*John W. Holmes* for appellants.

*Roger Arnebergh* and *Bourke Jones* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.